# EXHIBIT A

# STATE OF TENNESSEE
# DAVIDSON COUNTY
# 20TH JUDICIAL DISTRICT

☐ First
☐ Alias
☐ Pluries

_____ Casualty Company
P.O. Box 2371
_____ )2-2371

**Plaintiff**

CIVIL ACTION DOCKET NO. 16C626

**Method of Service:**
☐ Davidson County Sheriff
☐ Out of County Sheriff
☐ Secretary of State
☐ Certified Mail
☒ Personal Service
☐ Commissioner of Insurance

Vs.

Mercury Plastics Inc.
15760 Madison Road
Middlefield, OH 44062

**Defendant**

**To the above named Defendant:**

You are summoned to appear and defend a civil action filed against you in the Circuit Court, 1 Public Square, Room 302, P.O. Box 196303, Nashville, TN 37219-6303, and your defense must be made within thirty (30) days from the date this summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.

In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the complaint.

ISSUED: 3 4 16

**RICHARD R. ROOKER**
Circuit Court Clerk
Davidson County, Tennessee

By: _____
Deputy Clerk

| ATTORNEY FOR PLAINTIFF or PLAINTIFF'S ADDRESS | Jennie V. Smith-Howard, (BPR # 028615)<br>Rathbone Group, LLC<br>1100 Superior Avenue, Suite 1850<br>Cleveland, Ohio 44114 |
|---|---|

TO THE SHERIFF:

Please execute this summons and make your return hereon as provided by law.

**RICHARD R. ROOKER**
Circuit Court Clerk

Received this summons for service this _____ day of _____, 20____.

♿ To request an ADA accommodation, please contact Dart G

3013123.001

**FILED**
2016 MAR -4 AM 11:22
RICHARD R. ROOKER C.C.

IN THE CIRCUIT COURT OF DAVIDSON COUNTY, TENNESSEE
AT NASHVILLE

| | |
|---|---|
| State Farm Fire And Casualty Company as subrogee of Adam Denison | CA NO. DC |
| Plaintiff | ) |
| vs. | ) JUDGE |
| Mercury Plastics Inc. 15760 Madison Road Middlefield, OH 44062 | ) ) ) ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW, State Farm Fire And Casualty Company, as subrogee of Adam Denison. (the "Plaintiff", and for cause of action against Mercury Plastics Inc. would show as follows:

### COUNT I

1. Plaintiff's insured, Adam Denison, is an individual and is now, and at all times mentioned in this complaint was, a resident of Davidson County, Tennessee.

2. Defendant Mercury Plastics Inc. is now, and at all times mentioned in this complaint was, a corporation organized and existing under the laws of Ohio, with its principal place of business in Geauga County, Ohio.

4. Defendant Mercury Plastics Inc. is now, and at all times mentioned in this complaint, was in the business of designing, manufacturing, constructing, assembling, inspecting, and selling various types of plastic nuts, including those on water supply lines.

5. It is believed that the water supply line was designed, manufactured, constructed, assembled, inspected, and sold by Defendant Mercury Plastics Inc., as indicated by the markings on the water supply line.

6. Plaintiff brings this action against the named Defendant Mercury Plastics Inc., pursuant to T.C.A §29-28 106 4 allowing a products liability action against a seller of a defective product when the manufacturer of the product in question is not subject to service of process in the State of

Tennessee and the Long Arm Statutes of Tennessee do not serve as the basis for obtaining service of process.

8. On July 19, 2014, Plaintiff's insured was out of the country and Insured's Father Marvin Denison found ankle deep water caused by the defective water supply line malfunctioned causing major and significant damage to the home and contents of the Plaintiff's insured.

9. At all times mentioned in this complaint, it is alleged that Defendant Mercury Plastics Inc. so negligently and carelessly designed, manufactured, constructed, assembled, inspected, and sold the water supply line that it was dangerous and unsafe for its intended uses.

10. As a direct and proximate result of the negligence and carelessness of Defendant as described above, Plaintiff's home was damaged as a result of a water leak.

WHEREFORE, Plaintiff requests judgment against Defendant for:

- A. Damages in the amount of $89,061.05; and
- B. Costs of suit; and
- C. Statutory interest from date of judgment.

Respectfully Submitted,

Jennie V. Smith Howard, #028615
Attorneys for Plaintiff
Rathbone Group, LLC
1100 Superior Avenue, Suite 1850
Cleveland, OH 44114
Tel: (800) 870 5521
Fax: (216) 298 4495
JSmith-Howard@RathboneGroup.com