IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STATE FARM FIRE AND CASUALTY
COMPANY as subrogee of ADAM
DENISON,

    Plaintiff,

v.

FLUIDMASTER, INC.,

    Defendant.

No. 3:16-cv-00701
Judge: Crenshaw
Magistrate Judge: Holmes

## NOTICE OF DISMISSAL WITH PREJUDICE

Comes now State Farm Fire and Casualty Company ("State Farm"), by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby provides notice that Plaintiff dismisses this lawsuit with prejudice as the parties have settled the matter in full.

    Respectfully submitted,

    s/ Jennie V. Smith-Howard
    Jennie V. Smith-Howard (Tenn. Bar No. 28615)
    Rathbone Group, LLC at Tennessee
    1100 Superior Avenue, Suite 1850
    Cleveland, OH 44114
    615-330-5718 Local (Tennessee)
    216-298-4495 Fax
    800-870-5521 Main
    JSmith-Howard@RathboneGroup.com
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the below-listed counsel this the 18th day of May, 2017, via the Court's electronic filing system to:

> Lee L. Piovarcy, Esq.
> Rebecca K. Hinds, Esq.
> MARTIN, TATE, MORROW & MARSTON, P.C.
> 6410 Poplar Ave., Tower II, Suite 1000
> Memphis, TN 38119-4839
> lpiovarcy@martintate.com
> rhinds@martintate.com
> *Attorneys for Defendant, Fluidmaster, Inc.*

s/Jennie V. Smith-Howard
Jennie V. Smith-Howard TN Bar #028615